# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 13, 2023

Mr. Arthur G. Telegen
Seyfarth Shaw, L.L.P.
2 Seaport Lane
Suite 1200
Boston, MA 02210-2028

    No. 23-60132    Thryv v. NLRB
                            Agency No. 20-CA-250250
                            Agency No. 20-CA-251105

Dear Mr. Telegen,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days.

A **Standard of Review** is missing/misspelled or includes additional text, etc. A Standard of Review is required. See FED. R. APP. P. 28(a)(8)(B).

Record References: Although this brief contains record citations, it refers to pages that are outside the range of pages in the Official Electronic Record On Appeal. Specifically, those include the citations ROA.4278 and ROA.4286 on page 18 of the brief.

Within 14 days, counsel must separately file a copy of the Record Excerpts in Portable Document Format (PDF) file, as required by 5TH CIR. R. 30.2(b), by using the docket event "Record Excerpts Filed," which is found under the "Briefs" category. Failure to do so may result in the dismissal of the case.

Note: **Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.** Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. **The certificate of service/proof of service on your proposed sufficient brief MUST be updated to the actual date that service is being made.** Also, if your brief is sealed, this event automatically seals/restricts any attached

documents, therefore you may still use this event to submit a sufficient brief.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Allison G. Lopez, Deputy Clerk
        504-310-7702

cc:  Mr. Lucas Robert Jason Aubrey
     Ms. Ruth E. Burdick
     Mr. Jacob James Demree
     Ms. Kira Dellinger Vol
     Mr. Eric Weitz