# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| **THRYV, INC.** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) NO. 23-60132 |
| | ) |
| **NATIONAL LABOR RELATIONS** | ) Board Case Nos. 20-CA-250250 |
| **BOARD** | ) and 20-CA-251105 |
| | ) |
| **Respondent.** | ) |

### [PROPOSED] JUDGMENT VACATING IN PART AND ENFORCING IN PART AN ORDER OF THE NATIONAL LABOR RELATIONS BOARD

Before: King, Jones, and Oldham, *Circuit Judges.*

THIS CAUSE came to be heard upon a petition filed by Thryv, Incorporated to review an Order of the National Labor Relations Board dated December 13, 2022, in Case Nos. 20-CA-250250 and 20-CA-251105, reported at 372 NLRB No. 22, and upon a cross-application filed by the National Labor Relations Board to enforce said Order. The Court heard argument from the parties and has considered the briefs and agency record filed in this cause. On May 24, 2024, the Court handed down its opinion, granting Thryv, Incorporated's petition for review and vacating in part the Order, and denying in part and granting in part the Board's cross-application for enforcement. In conformity therewith, it is hereby

ORDERED AND ADJUDGED by the Court that the Board's Order is vacated with respect to Section 1, subsections (b) and (c) and Section 2, subsections (a), (b), (c), (d), (e), (f), (g), (h), (i), (j) and (k), that the Board's cross-petition for enforcement is denied as to the same sections, and that the Board's cross-petition for enforcement is granted as to Section 1, subsection (a). Each party is to bear its own costs.

# CERTIFICATE OF SERVICE

      I certify that on June 13, 2024, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon the following registered CM/ECF users:

Ruth E. Burdick
appellatecourt@nlrb.gov
National Labor Relations Board
1015 Half Street, S.E.
Washington, DC 20003

Eric Weitz
Eric.Weitz@nlrb.gov
National Labor Relations Board
1015 Half Street, S.E.
Washington, DC 20003

Lucas Robert Jason Aubrey
aubrey@shermandunn.com
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
Suite 1000
900 7th Street, N.W.
Washington, DC 20001

Jacob James Demree, Esq.
demree@shermandunn.com
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
Suite 1000
900 7th Street, N.W.
Washington, DC 20001

Kira Dellinger Vol
kira.vol@nlrb.gov
National Labor Relations Board
Appellate & Supreme Court Litigation Branch
Room 4129
1015 Half Street, S.E.
Washington, DC 20570

      I further certify that on June 13, 2024, the foregoing document was served, via first class mail upon:

Jill H. Coffman
National Labor Relations Board
Phillp Burton Federal Building
3rd Floor, Suite 311
450 Golden Gate Avenue
San Francisco, CA 94102

                                                  */s/ Robert A. Fisher*
                                                  Robert A. Fisher